FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ 133 |
| | ) | |
| v. | ) | |
| | ) | |
| LESLIE A. NIETO, | ) | Initial Appearance: March 18, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

COUNT I (Misdemeanor 7869530)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 22, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, LESLIE A. NIETO, did willfully leave her five-year-old and three-year-old children in need of supervision.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-371)

## COUNT II (Misdemeanor 7869529)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 25, 2018, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, LESLIE A. NIETO, did willfully leave her five-year-old and three year old children in need of supervision.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-371)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was hand-delivered to the defendant on this 18 day of March 2019.

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov